

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00413-CR

Angela **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7335A
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to delete the assessment of attorney's fees, and the judgment is AFFIRMED AS MODIFIED.

SIGNED November 6, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice